IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              Case No. 14-cr-10011-SOH-001

KENNETH ATKINS                                                              DEFENDANT

### ORDER

     Before the Court is pro se Defendant Kenneth Atkins's Motion to Reconsider. ECF No. 113. Defendant moves the Court to reconsider the Preliminary Order of Forfeiture entered in this case on October 15, 2015. ECF No. 111. After the jury trial concluded, the Court held a forfeiture hearing pursuant to Federal Rule of Criminal Procedure 32.2. The Court heard arguments from counsel and pro se Defendant and examined exhibits previously offered during Defendant's jury trial. The Court then determined that the United States is entitled to a money judgment in the amount of $402,668.92, which represents the proceeds of the offenses to which Defendant had been found guilty. ECF No. 111. The forfeiture order has not become final because the Defendant has not been sentenced. *See* Fed. R. Crim. P. 32.2(b)(4).

     In the present motion, Defendant challenges the Court's finding that the amount of $402,668.92 represents the proceeds of the offenses to which Defendant has been found guilty. Defendant argues that he is innocent and that a certain trial witness lied about the amount of proceeds Defendant received. The Court's determination was based on evidence submitted by the parties, including exhibits entered into evidence at trial. The Court is not inclined to reconsider the Preliminary Forfeiture Order based on Defendant's assertion that he is innocent and his opinion regarding a witness's credibility. Accordingly, Defendant's Motion to Reconsider is **DENIED**.

     **IT IS SO ORDERED**, this 7th day of January, 2016.

                                                                           /s/ Susan O. Hickey
                                                                          Susan O. Hickey
                                                                          United States District Judge