IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    Case No. 1:14-cr-10011-SOH-001

KENNETH ATKINS                                                                          DEFENDANT

## ORDER

On May 18, 2015, the United States of America ("government") filed a Motion for Disclosure of Financial Affidavit. ECF No. 26. The government moved the Court to allow it access to the financial affidavit (ECF no. 6) that Defendant submitted to the Court for a determination as to whether he qualified for court-appointed counsel. The Court granted the government's Motion for Disclosure and stated that the government would be granted access to the financial affidavit at the conclusion of the pending criminal matter. ECF No. 31. The criminal trial concluded on October 14, 2015, and Defendant was found guilty of one count of wire fraud and three counts of money laundering. Because the trial has concluded, the Clerk is directed to provide a copy of Defendant's financial affidavit (ECF No. 6) to the Government.

**IT IS SO ORDERED**, this 12th day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge