IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                          RESPONDENT

v.                          Case No. 1:14-cr-10011
                            Case No. 1:18-cv-1054

KENNETH W. ATKINS                                                      MOVANT

## **ORDER**

Before the Court is the Report and Recommendation filed June 10, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 211. Judge Bryant recommends that Movant Kenneth W. Atkins's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 200) be denied and that this case be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Atkins's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 200) is **DENIED** and this case is **DISMISSED WITH PREJUDICE**. Further, the Court finds that an appeal from dismissal would not be taken in good faith and no certificate of appealability should be issued.

**IT IS SO ORDERED**, this 12th day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge